THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITNEY, Appellant, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.

Submitted March 14, 1941; decided April 17, 1941.

*Ernest Whitney,* in person, for appellant.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* and *Bernard L. Alderman* of counsel), for respondent.

Order affirmed, no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.